NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETTY L. MCDONALD,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3072

---

Petition for review of the Merit Systems Protection Board in case no. CH0831110436-I-1.

---

ON MOTION

---

## ORDER

Betty L. McDonald moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Betty L. McDonald
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK